**Rad W. HAMILTON, Appellant,**

v.

**ENTERPRISE LEASING COMPANY OF ST. LOUIS, Appellee.**

No. 05–4098.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 5, 2007.

Filed: Jan. 10, 2007.

Rad W. Hamilton, Manchester, MO, pro se.

Randall S. Thompson, Josef S. Glynias, Blackwell & Sanders, St. Louis, MO, for Appellee.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Rad W. Hamilton appeals the district court's[1] dismissal of some claims, and its adverse grant of summary judgment on his remaining claims, in his employment-discrimination lawsuit. Having conducted de novo review, we affirm the district court's well-reasoned decisions. *See* 8th Cir. R. 47B. We deny the pending motion.

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.